ACCEPTED
01-15-00346-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
11/3/2015 3:49:40 PM
CHRISTOPHER PRINE
CLERK

**No. 01-15-00346-CV**

| | | |
|---|---|---|
| **ARACELLI ZAPATA D/B/A** | § | **IN THE FIRST** |
| **SUPER, ET AL.,** | § | FILED IN |
| **Appellants** | § | 1st COURT OF APPEALS |
| | § | HOUSTON, TEXAS |
| **v.** | § | 11/3/2015 3:49:40 PM |
| | § | **COURT OF APPEAL** CHRISTOPHER A. PRINE |
| | § | Clerk |
| **CLEAR CREEK INDEPENDENT** | § | |
| **SCHOOL DISTRICT, ET AL.,** | § | |
| **Appellees** | § | **HOUSTON, TEXAS** |

## APPELLANTS' AND APPELLEES'
## JOINT MOTION TO DISMISS FOR MOOTNESS

Appellants (Araceli Zapata D/B/A El Super, Veljaco Corp., Inc., D/B/A El Super Meat Market and Taqueria, and Carmen Gloria Veljanovich) and Appellees (Clear Creek Independent School District, the City of Webster and Harris County) file this Joint Motion to Dismiss for Mootness, and would respectfully show as follows.

1.      This is an appeal from the March 2, 2015 Final Judgment in Cause No. 2013-04925, *Clear Creek Independent School District, et al. v. GNM Enterprises d/b/a Super, et al.*; In the 165th Judicial District Court of Harris County, Texas.

2.      On October 30, 2015, the Trial Court granted Clear Creek Independent School District's Petition to Vacate Judgment, and issued an Order that vacated the Final Judgment. (*See* Exhibit A attached hereto).

3.      The Court has the authority to dismiss an appeal if there is no longer an issue in controversy. *See Heckman v. Williamson Cnty.*, 369 S.W.3d 137, 154 (Tex. 2012); *Tex. A&M Univ.-Kingsville v. Yarbrough*, 347 S.W.3d 289, 291 (Tex. 2011).  This Appeal should be dismissed because the Trial Court's Order to Vacate disposed of all issues forming the basis of

1

this appeal, and the parties no longer have a legally cognizable interest in the outcome of the appeal. *See FDIC v. Nueces Cnty.*, 886 S.W.2d 766, 767 (Tex. 1994).

4. Moreover, the Court should not decide the issues presented by this appeal because the appeal is moot, and the Court is not authorized to issue advisory opinions. *See Heckman*, 369 S.W.3d at 147; *Tex. Ass'n of Bus. v. Tex. Air Control Bd.*, 852 S.W.2d 440, 444 (Tex. 1993).

5. For these reasons, Appellants and Appellees ask the Court to grant this Motion and dismiss the appeal as moot.

Respectfully submitted,

By: */s/ Mark Aronowitz*
     Mark Aronowitz
     State Bar No. 00793281
P.O. Box 1201
Texas City, Texas 77592-1201
Telephone: (281) 402-6790
Fax: (281) 714-4284
Email: markaronowitz@hotmail.com
**ATTORNEY FOR APPELLANTS**


By: */s/ R. Gregory East*
     R. Gregory East
     State Bar No. 24007138
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
1235 North Loop West, Suite 600
Houston, Texas 77008
Telephone: (713) 862-1860
Fax: (713) 862-1429
Geast@pbfcm.com
**ATTORNEYS FOR APPELLEE CLEAR CREEK INDEPENDENT SCHOOL DISTRICT**

By:

Edward J. (Nick) Nicholas
State Bar No. 14991350
Linebarger Goggan Blair & Sampson, LLP
4828 Loop Central Drive, Suite 600
Houston, Texas 78701
Telephone: (713) 844-3405
Fax: (713) 844-3504
Nick.Nicholas@lgbs.com
**ATTORNEYS FOR APPELLEES**
**THE CITY OF WEBSTER AND HARRIS COUNTY**

CERTIFICATE OF SERVICE

I certify that a copy of this instrument was served via electronic mail on Mr. Mark Aronowitz at markaronowitz@hotmail.com, and Mr. Greg East at geast@pbfcm.com.

By:

Edward J. (Nick) Nicholas

**Exhibit A**



NO. 2013-04925

| CLEAR CREEK INDEPENDENT SCHOOL DISTRICT | § | IN THE DISTRICT COURT OF |
| | § | |
| VS. | § | HARRIS COUNTY, TEXAS |
| GNM ENTERPRISES D/B/A EL SUPER, ET AL | § | 165TH JUDICIAL DISTRICT |

F I L E D
Chris Daniel
District Clerk

SEP 30 2015

Time:_____
Harris County, Texas

By_____ Deputy

## PETITION TO VACATE JUDGMENT

COMES NOW, Plaintiff, CLEAR CREEK INDEPENDENT SCHOOL DISTRICT (hereinafter "CLEAR CREEK ISD"), and files this Petition to Vacate Judgment and in support of the Petition would show as follows:

1. CLEAR CREEK ISD filed a delinquent tax suit under Cause No. 2013-04925, seeking personal liability and foreclosure of its tax lien on the property owned by Araceli Zapata and other defendants.

2. Trial was held in tax court on Jan. 14, 2015 and the tax master made her recommendation on Feb. 18, 2015. Araceli Zapata, Veljaco corp. and Carmen Gloria Veljanovich filed a notice of appeal of the tax master's recommendation on Feb. 22, 2015, within the ten-day period required by Sec. 33.74 of the Property Tax Code.

3. However, the Judgment was signed by the District Court on March 2, 2015.

4. The defendants were entitled to a de novo hearing in district court because the tax master appeal was timely filed. The defendants have now appealed to the court of appeals.

5. Plaintiff CLEAR CREEK ISD asks that the district court's judgment be vacated. Vacating the district court's judgment will render the appeal moot and allow the case to proceed in district court.

6. A taxing unit may file a petition to vacate judgment for failure to serve a person needed for just adjudication. *See* TAX CODE § 33.56(a)(2).

7. The petition must be filed under the same cause number as the delinquent tax suit and in the same court. If the petition is granted, the delinquent tax suit is revived, pursuant to Sec. 33.56(e), allowing the defendants to have their case heard de novo.

8. Although the most common petitions under Sec. 33.56(a)(2) are because of the failure to serve a defendant with citation, the text of the statute does not specifically rule out service of a notice on a defendant. The defendants were entitled to notice and a de novo hearing pursuant to Sec. 33.74.

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

For Official Governmental Use Only - Do Not Disseminate to the Public: 67711610 - Page 1 of 4

For these reasons, CLEAR CREEK ISD asks the Court to grant this Petition to Vacate Judgment, and for such other and further relief to which it may be entitled.

Respectfully submitted,

PERDUE, BRANDON, FIELDER,
COLLINS & MOTT, L.L.P
Attorneys At Law
1235 North Loop West, Suite 600
Houston, TX 77008
PHONE:(713) 862-1860
FAX:(713) 862-1429

By _____
Email: PBFCM-Houston@pbfcm.com
R. Gregory East/SBOT # 24007138
Jason L. Bailey/ SBOT # 00790253
Elizabeth Wiehle-Wang/ SBOT #24075276

Attorneys for Plaintiff

CERTIFICATE OF SERVICE

This instrument was served in accordance with Rule 21 and 21a of the Texas Rules of Civil Procedure on this 11th day of August, 2015.

_____
R. Gregory East/SBOT # 24007138
Jason L. Bailey/ SBOT # 00790253
Elizabeth Wiehle-Wang/ SBOT #24075276

Linebarger, Goggan, et al, Attorney at Law, Via Fax, 713-844-3529

Mark Aronowitz, Attorney at Law, Via Fax 281-715-4284

Fredi Omar Melendez D/B/A El Super Market and Taqueria, 10906 Clearsable Ln, Houston, TX 77034

For Official Governmental Use Only - Do Not Disseminate to the Public: 67711610 - Page 2 of 4

For Official Governmental Use Only - Do Not Disseminate to the Public: 67711610 - Page 3 of 4

NO. 2013-04925

| CLEAR CREEK INDEPENDENT SCHOOL DISTRICT | § | IN THE DISTRICT COURT OF |
|---|---|---|
| VS. | § | HARRISCOUNTY, TEXAS |
| GNM ENTERPRISES D/B/A EL SUPER, ET AL | § | 165TH JUDICIAL DISTRICT |

## ORDER TO VACATE JUDGMENT

The Court considered the Petition to Vacate Judgment by the Plaintiff, CLEAR CREEK ISD, and after considering the motion is of the opinion that it should be GRANTED.

IT IS THEREFORE ORDERED that, the Judgment signed on March 2, 2015 in Cause No. 2013-04925 is vacated.

IT IS ORDERED that the taxes, penalties, interest, attorney's fees, costs, and the liens that secured each of these items, are reinstated.

IT IS ORDERED that the above numbered and styled suit be revived as authorized by §33.56(f) of the Texas Property Tax Code.

Signed the ____30____ day of ____October____, 2015.

_____
JUDGE PRESIDING

APPROVED:

_____
R. Gregory East SBOT# 24001138
Attorney for Plaintiff

_____
Herbert Stone SBOT#24041980
Attorney for Intervenors

Mark Aronowitz
Digitally signed by Mark Aronowitz
DN: cn=Mark Aronowitz, o=Law Offices of A&K, ou=Litigation
Dept., email=markaronowitz@hotmail.com, c=US
Date: 2015.08.10 20:26:06 -05'00'

_____
Mark Aronowitz SBOT# 00793281
Attorney for Defendants

**FILED**
Chris Daniel
District Clerk

SEP 3 0 2015
Time:_____10:50 a.m.
Harris County, Texas
By_____
Deputy

NO. 2013-04925

CLEAR CREEK INDEPENDENT SCHOOL
DISTRICT                                    §    IN THE DISTRICT COURT OF
                    VS.                     §    HARRISCOUNTY, TEXAS

GNM ENTERPRISES D/B/A EL SUPER, ET AL      §    165TH TH JUDICIAL DISTRICT


## MASTER'S REPORT TO THE DISTRICT COURT


The tax master appointed in this case reports to the District Court that Plaintiff, CLEAR

CREEK INDEPENDENT SCHOOL DISTRICT'S **MOTION TO VACATE JUDGMENT**

should be GRANTED / DENIED in this case on the basis of this record.

                                           SEP 3 0 2015
Signed on this the _____ day of _____, 2015.


                                    Respectfully submitted,


                                    _____
                                    Tax Master
                                    Harris County, Texas


FILED
Chris Daniel
District Clerk
SEP 30 2015
Time:
By
Harris County, Texas
Deputy

For Official Governmental Use Only - Do Not Disseminate to the Public: 67711610 - Page 4 of 4



I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   November 3, 2015

Certified Document Number:        67711610 Total Pages:  4

Chris Daniel, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**